## ROBERSON v. STATE.
### No. 15181.

Court of Criminal Appeals of Texas.
March 9, 1932.

Isaac Orme, of San Antonio, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.
Conviction is for assault with intent to rape, punishment being 18 years' confinement in the penitentiary.

The record is here without a statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## ENRIQUEZ v. STATE.
### No. 15003.

Court of Criminal Appeals of Texas.
March 9, 1932.

L. B. Camp, of San Antonio, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.
The offense, theft of an automobile over the value of $50; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.
The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.